IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION,<br><br>Plaintiff,<br><br>vs.<br><br>LINN-MAR COMMUNITY SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 22-CV-78 CJW-MAR<br><br>**ORDER SCHEDULING ORAL ARGUMENT** |

_____

The Court will conduct oral argument on the motion for preliminary injunction (Doc. 3), on **Tuesday, September 6, 2022, at 10:00 a.m.**; United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

The parties are reminded to comply with LR 5A(g)(8), filings totaling more than 100 pages in length. (*See* LR 10(c)(3)). The copies should be printed from the docket so the file stamped information is on the bottom of each page. These copies may be double-sided.

**IT IS SO ORDERED** this 16th day of August, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa