# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, *Plaintiff*, v. LINN-MAR COMMUNITY SCHOOL DISTRICT; *et al.*, *Defendants*. | Case No. 22-cv-78-CJW-MAR |

## PLAINTIFF'S DISCLOSURE STATEMENT

As required by Federal Rule 7.1(a) and Local Rule 7.1(a), Plaintiff Parents Defending Education certifies that it has no parent corporation and there is no publicly held corporation that owns more than 10% of its stock. Parents Defending Education further certifies the following:

1. *Associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case:*

    None

2. *With respect to each such entity, a description of its connection to or interest in the litigation:*

    None

Dated: August 18, 2022,                                  Respectfully submitted,

*/s/ Alan R. Ostergren*
Alan R. Ostergren
Alan R. Ostergren PC
500 Locust St., Suite 199
Des Moines, IA 50309
(515) 207-0314
alan.ostergren@ostergrenlaw.com

J. Michael Connolly (*pro hac vice pending*)
James F. Hasson (*pro hac vice pending*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
james@consovoymccarthy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ Alan R. Ostergren*