# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Parents Defending Education <br> *Plaintiff* <br> v. <br> Linn-Mar Community School District, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-00078 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Parents Defending Education.

Date:   08/19/2022

/s/ James F. Hasson
*Attorney's signature*

James F. Hasson (DC#1697883)
*Printed name and bar number*
Consovoy McCarthy PLLC
1600 Wilson Blvd. Suite 700
Arlington, VA 22209

*Address*

james@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*