# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, *Plaintiff*, v. LINN-MAR COMMUNITY SCHOOL DISTRICT; SHANNON BISGARD, in his official capacity as Superintendent of Linn-Mar Community School District; BRITTANIA MOREY; CLARK WEAVER, BARRY BUCHHOLZ, SONDRA NELSON, MATT ROLLINGER, MELISSA WALKER, and RACHEL WALL, in their official capacities as members of the Linn-Mar Community School District Board, *Defendants*. | Case No. 22-cv-78 **NOTICE OF APPEARANCE** |

Comes now Dr. Stephanie Budge, Dr. Mollie McQuillan, Dr. Stephen Russell, Dr. Kristina Olson, Dr. Sabra Katz-Wise, Dr. Russell Toomey, and Dr. Katherine Kuvalanka (collectively "Proposed *Amici*"), by and through Laura Schultes, and gives this Notice of Appearance as counsel of record for the Proposed *Amici* in this case.

Dated: September 6, 2022.

Respectfully submitted,

/s/ Laura Schultes
Laura Schultes (IA Bar: 0011712)
RSH LEGAL
425 2nd St SE #1140
Cedar Rapids, IA 52401
Telephone: (319) 365-9200
Facsimile: (319) 365-1114
Email: lschultes@fightingforfairness.com

*Attorney for Amicus Curiae*