# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, *Plaintiff*, v. LINN-MAR COMMUNITY SCHOOL DISTRICT, *et al.*, *Defendants*. | Case No. 1:22-cv-00078 |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff now appeals to the United States Court of Appeals for the Eighth Circuit this Court's September 12, 2022, order denying Plaintiff's Motion for Preliminary Injunction. *See* Dkt. 28.

Dated: September 12, 2022

Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly (*pro hac vice*)
James F. Hasson (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
james@consovoymccarthy.com

Alan R. Ostergren
Law Office of Alan Ostergren
500 Locust St., Suite 199
Des Moines, IA 50309
(515) 207-0314
alan.ostergren@ostergrenlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ J. Michael Connolly*