# U.S. COURT OF APPEALS — EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**CASE NO.** 1:22-cv-78-CJW-MAR

**CASE TITLE** Parents Defending Education v. Linn-Mar Community School District et al

**Length of Trial:** N/A

**Financial Status:** Fee paid? Yes: ✓ No:

If NO, has IFP been granted? Yes: No:

Is there a pending motion for IFP? Yes: No: ✓

**Any other pending post-judgment motions?** Yes: ✓ No:

**Local interest in case?** Yes: ✓ No:

**Simultaneous release recommended?** Yes: No: ✓

Identify the court reporter: *If NO court reporter please check here*:

| Court Reporter | Proceeding | Telephone |
|---|---|---|
| Shelly Semmler | Motion Hearing (9/6/2022) | 712-233-3846 |

**Are any parties to this action incarcerated:** Yes: No: ✓

If yes, indicate which: Plaintiff: Defendant:

**List all other defendants in this case if there were multiple defendants**

Shannon Bisgard, Brittania Morey, Clark Weaver, Barry Buchholz, Sondra Nelson, Matt Rollinger, Melissa Walker, and Rachel Wall.

Special Comments:

Appeal of (doc. 28) Order denying the (doc. 3) Motion for Preliminary Injunction.

*Contact Person:*

***U.S. District Clerk - Northern District of Iowa***

111 7th Avenue SE, Box 12, Cedar Rapids, IA 52401

Sarah Melvin 319-286-2300