# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, <br><br> Plaintiff, <br><br> vs. <br><br> LINN-MAR COMMUNITY SCHOOL DISTRICT, et al., <br><br> Defendants. | No. 22-CV-78 CJW-MAR <br><br><br> **ORDER GRANTING MOTIONS TO FILE AMICUS CURIAE BRIEFS** |

_____

The matters before the Court are an Unopposed Motion of Professors of Psychology & Human Development for Leave to File as *Amici Curiae* In Support of Defendants, (Doc. 23), and an Unopposed Motion for Leave to File as *Amici Curiae* in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 25). The parties attached their briefs at Docs. 23-1 and 25-1.

**IT IS ORDERED** the motions at Docs. 23 and 25 are **granted.** The Clerk's Office is directed to detach and file the Brief of *Amicus Curiae* Professors of Psychology & Human Development in Support of Defendants attached at Doc. 23-1, and the Brief of *Amici Curiae* One Iowa and Iowa Safe Schools in Support of Defendants' Opposition to Motion for Preliminary Injunction attached at Doc. 25-1.

**IT IS SO ORDERED** this 13th day of September, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa