IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION<br><br>Plaintiff,<br><br>vs.<br><br>*LINN-MAR COMMUNITY SCHOOL DISTRICT, et al.,*<br><br>Defendants. | CASE NO. 1:22-CV-78-CJW-MAR<br><br>MOTION TO APPEAR<br>PRO HAC VICE |

Lisa "Li" Nowlin-Sohl, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of *amici curiae One Iowa and Iowa Safe School*. Li Nowlin-Sohl states that She is a member in good standing of the bar of the State of Washington, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Li Nowlin-Sohl, further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Rita Bettis Austen (AT0011558), an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

s/ *Li Nowlin-Sohl*
Lisa "Li" Nowlin-Sohl

## CERTIFICATE OF SERVICE

I certify that on September 23, 2022, the above motion was filed using the court's CM/ECF system, which will notify all registered counsel.

Dated: September 23, 2022

Respectfully submitted,

/s/ Rita Bettis Austen
Rita Bettis Austen, AT0011558
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 901
Des Moines, IA   50309-2316
Telephone: 515-207-0567
Facsimile: 515-243-8506
rita.bettis@aclu-ia.org

# United States District Court
## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Lisa Nowlin-Sohl** was admitted to practice in said Court on November 9th, 2016 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 14th day of September, 2022.

Ravi Subramanian
Clerk of Court

By _/s/ Martin Valencia_
Deputy Clerk