# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 30, 2022

Mr. John Michael Connolly and
   Mr. James Hasson
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

Mr. Alan R. Ostergren
ALAN OSTERGREN
Suite 199
500 Locust Street
Des Moines, IA  50309

RE: 22-2927  Parents Defending Education v. LinnMar Community School Dist., et al

Dear Counsel:

This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on September 13, 2022.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc:    Mr.  Clerk, U.S. District Court, Northern Iowa
       Ms. Emily Kolbe
       Mr. Miriam Deborah Van Heukelem

    District Court/Agency Case Number(s):   1:22-cv-00078-CJW