# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2927

Parents Defending Education

Appellant

v.

Linn Mar Community School District, et al.

Appellees

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:22-cv-00078-CJW)

---

**ORDER**

Appellant's unopposed motion to expedite the appeal and oral argument is granted. The clerk will set the case for oral argument during the week of February 13-17, 2023 in St. Paul, Minnesota. Counsel will be advised of the date and time of oral argument when the February 2023 calendar is published. Given the expedited oral argument, no extensions of time to submit briefs will be granted.

November 04, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans