# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2927

Parents Defending Education

Appellant

v.

Linn Mar Community School District, et al.

Appellees

------------------------------

Foundation for Moral Law, et al.

Amici on Behalf of Appellant(s)

One Iowa

Amicus on Behalf of Appellee(s)

American Cornerstone Institute

Amicus on Behalf of Appellant(s)

Iowa Safe Schools

Amicus on Behalf of Appellee(s)

American Principles Project

Amicus on Behalf of Appellant(s)

Lambda Legal Defense and Education Fund

Amicus on Behalf of Appellee(s)

American Values, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:22-cv-00078-CJW)

_____

**ORDER**

The motion of Concerned Women for America for leave to join two amicus briefs is granted.

December 16, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans