# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LINN-MAR COMMUNITY SCHOOL DISTRICT, et. al.<br><br>    Defendants. | CASE NO. 22-cv-78 CJW-MAR<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE PROFESSORS OF PSYCHOLOGY & HUMAN DEVELOPMENT** |

Asaf Orr hereby moves to withdraw as counsel of Amicus Curiae Professors of Psychology & Human Development, Dr. Stephanie Budge, Dr. Mollie McQuillian, Dr. Stephen Russell, Dr. Kristina Olson, Dr. Sabra Katz-Wise, Dr. Russell Toomey, and Dr. Katherine Kuvalanka and states the following:

1. Mr. Orr left the National Center for Lesbian Rights on February 3, 2023, to work as an attorney for the State of California and will no longer be working on this litigation.

2. Another attorney Laura Schultes of RSH Legal has entered her appearance and will continue to represent Amicus Curiae in this matter.

3. Mr. Orr's withdrawal as counsel will not cause any delay in this litigation.

Accordingly, Mr. Orr respectfully requests that he be permitted leave to withdraw as counsel for Amicus Curiae Professors of Psychology & Human Development, Dr.

1

Stephanie Budge, Dr. Mollie McQuillian, Dr. Stephen Russell, Dr. Kristina Olson, Dr. Sabra Katz-Wise, Dr. Russell Toomey, and Dr. Katherine Kuvalanka.

Dated: February 6, 2023

                           */s/ Asaf Orr*
                           Asaf Orr (admitted *pro hac vice*)
                           NATIONAL CENTER FOR LESBIAN RIGHTS
                           870 Market Street, Suite 370
                           San Francisco, CA 94102
                           Telephone: (415) 392-6257
                           E-Mail:    aorr@nclrights.org

                           *Attorney for Amicus Curiae Professors of Psychology & Human Development, Dr. Stephanie Budge, Dr. Mollie McQuillian, Dr. Stephen Russell, Dr. Kristina Olson, Dr. Sabra Katz-Wise, Dr. Rusell Toomey, and Dr. Katherine Kuvalanka*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 6th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

> */s/Asaf Orr*
> Asaf Orr (admitted *pro hac vice*)
> NATIONAL CENTER FOR LESBIAN RIGHTS
> 870 Market Street, Suite 370
> San Francisco, CA 94102
> Telephone: (415) 392-6257
> E-mail: aorr@nclrights.org