# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2927

Parents Defending Education

Appellant

v.

Linn Mar Community School District, et al.

Appellees

------------------------------

Foundation for Moral Law, et al.

Amici on Behalf of Appellant(s)

One Iowa, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:22-cv-00078-CJW)
_____

**MANDATE**

In accordance with the opinion and judgment of September 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 20, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit