IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, <br><br> Plaintiff, <br><br> vs. <br><br> LINN-MAR COMMUNITY SCHOOL DISTRICT, et al, <br><br> Defendants. | No. 22-cv-78-CJW <br><br> **ORDER** |

Before the Court is the parties' Joint Motion to Extend Scheduling Report Deadline and Other Discovery Deadlines, filed on December 16, 2023. (Doc. 52). The parties request the deadline be extended to February 1, 2024 because they are engaged in settlement discussions.

The Court does not routinely extend deadlines merely because parties are considering settlement. **IT IS ORDERED**, the motion is **denied.** The parties shall file their proposed scheduling order and discovery plan by January 2, 2024

**IT IS SO ORDERED** this 18th day of December, 2023.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa